1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   KRISTINA M. WERTZ (State Bar No. 235441)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900                        *E-FILED 7/25/05*
5
   Attorneys for Plaintiffs
6  JAREK MOLSKI
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13 JAREK MOLSKI, an individual; and      )  **CASE NO.  C04-4713 RS**
   DISABILITY RIGHTS ENFORCEMENT,        )
   EDUCATION, SERVICES: HELPING          )  **STIPULATION AND [PROPOSED]**
14 YOU HELP OTHERS, a California public  )  **ORDER CONTINUING CASE**
   benefit corporation,                  )  **MANAGEMENT CONFERENCE AND**
15                                       )  **GRANTING EXTENSION OF TIME FOR**
          Plaintiffs,                    )  **DEFENDANTS ANDRE LENGACHER and**
16                                       )  **NARGIS DIN LENGACHER, TO**
   v.                                    )  **RESPOND TO COMPLAINT**
17                                       )
   LUGANO SWISS BISTRO; ANDRE            )  MODIFIED BY THE COURT
18 LENGACHER and NARGIS DIN              )
   LENGACHER, dba LUGANO SWISS           )
19 BISTRO,                               )
                                         )
20        Defendants.                    )
   _____ )
21

22       Plaintiffs JAREK MOLSKI, an individual; and DISABILITY RIGHTS

23 ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California

24 public benefit corporation, through their undersigned counsel, and defendants ANDRE

25 LENGACHER and NARGIS DIN LENGACHER, stipulate as follows:

26 ///

27 ///

28

1. WHEREAS Defendants ANDRE LENGACHER and NARGIS DIN LENGACHER were served with the Summons and Complaint on January 18, 2005;

2. WHEREAS Defendants ANDRE LENGACHER and NARGIS DIN LENGACHER are currently unrepresented;

3. WHEREAS a partial settlement with Defendants ANDRE LENGACHER and NARGIS DIN LENGACHER has been reached since the filing of the previous Stipulation;

4. WHEREAS the Plaintiffs filed an Amended Complaint on July 19, 2005 which adds the owner of the real property as a defendant;

5. WHEREAS a complete settlement of all claims brought by Plaintiffs require joinder of the owner of the real property as an indispensable party;

6. WHEREAS the parties are confident that they will be able to finalize a settlement after the owner of the real property is brought into the case; and,

7. WHEREAS the parties do not wish to incur the expense of preparing and reviewing an Answer and appearing for a scheduling conference without first having the opportunity to resolve this on their own.

IT IS HEREBY STIPULATED THAT:

1. The Case Management Conference currently on calender for July 27, 2005 at 2:30 P.M. shall be VACATED and CONTINUED for ninety (90) days to afford the parties additional time to resolve the matter without further litigation;

2. Defendants ANDRE LENGACHER and NARGIS DIN LENGACHER, are granted an extension of time to and including September 19, 2005 to answer or otherwise respond to plaintiffs' complaint;

3. In the event defendants ANDRE LENGACHER and NARGIS DIN LENGACHER, file a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion;

///

1      4.      Defendants further stipulate that they will comply with any and all due dates
2  dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any
3  scheduling order issued by the court prior to the date on which defendants' responsive pleading
4  is due hereunder.

6      IT IS SO STIPULATED.

8  DATED: July 19, 2005            THOMAS E. FRANKOVICH,
                                    *A PROFESSIONAL LAW CORPORATION*

10                                  By: _____/s/_____
                                        Kristina M. Wertz
11                                  Attorneys for Plaintiffs JAREK MOLSKI, and
                                    DISABILITY RIGHTS ENFORCEMENT,
12                                  EDUCATION SERVICES: HELPING YOU HELP
                                    OTHERS

14  DATED: July 19, 2005            PRO PER

16                                  By: _____/s/_____
                                        Defendant ANDRE LENGACHER

18  DATED: July19, 2005             PRO PER

20                                  By: _____/s/_____
                                        Defendant NARGIS DIN LENGACHER

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND GRANTING EXTENSION OF
TIME FOR DEFENDANTS ANDRE LENGACHER and NARGIS DIN LENGACHER, TO RESPOND TO COMPLAINT           3

1 **ORDER**

2  The Case Management Conference currently on calender for July 27, 2005 at 2:30 P.M.
3 is hereby CONTINUED to October 26, 2005 at 2:30 p.m.  Defendants ANDRE
4 LENGACHER and NARGIS DIN LENGACHER are granted an extension of time up to and
5 including September 19, 2005 to answer or otherwise respond to plaintiffs' complaint.
6 Defendants shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than September 19, 2005.  Plaintiffs shall serve this Order on all defendants.
7  IT IS SO ORDERED.

8

9 DATED: July 25, 2005 , 2005   By: /s/ Richard Seeborg
10                                          Hon. Richard Seeborg
                                         UNITED STATES MAGISTRATE JUDGE