1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   KRISTINA M. WERTZ (State Bar No. 235441)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:  415/674-8600
   Facsimile:   415/674-9900
5
   Attorneys for Plaintiffs
6  JAREK MOLSKI
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12 JAREK MOLSKI, an individual; and           )   **CASE NO.  C04-4713 RS**
   DISABILITY RIGHTS ENFORCEMENT,             )
13 EDUCATION, SERVICES: HELPING               )   **STIPULATION AND**
   YOU HELP OTHERS, a California public       )   **ORDER GRANTING EXTENSION OF**
14 benefit corporation,                       )   **TIME FOR DEFENDANTS CAPSTONE,**
                                              )   **MORNING, CHASE; and JAMES KNELL,**
15         Plaintiffs,                        )   **TO RESPOND TO COMPLAINT**
                                              )
16 v.                                         )
                                              )
17 LUGANO SWISS BISTRO; ANDRE                 )
   LENGACHER and NARGIS DIN                   )
18 LENGACHER, dba LUGANO SWISS                )
   BISTRO, CAPSTONE, MORNING,                 )
19 CHASE; and JAMES KNELL, an                 )
   individual,                                )
20                                            )
           Defendants.                        )
21 _____    )

22

23     Plaintiffs JAREK MOLSKI, an individual; and DISABILITY RIGHTS

24 ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California

25 public benefit corporation, through their undersigned counsel, and defendants CAPSTONE,

26 MORNING, CHASE; and JAMES KNELL, an individual, through their undersigned counsel

27 stipulate as follows:

28

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS CAPSTONE, MORNING, CHASE;
and JAMES KNELL TO RESPOND TO COMPLAINT                                                                 1

1.    WHEREAS Defendants CAPSTONE, MORNING, CHASE; and JAMES KNELL were served with the Summons and Complaint on September 1, 2005;

2.    WHEREAS the parties are working toward resolution of the injunctive issues;

3.    WHEREAS the parties do not wish to incur the expense of preparing and reviewing an Answer and appearing for a scheduling conference without first having the opportunity to resolve this on their own; and,

6.    WHEREAS the parties are hopeful that they will be able to reach a settlement within the next few weeks,

IT IS HEREBY STIPULATED THAT:

1.    Defendants CAPSTONE, MORNING, CHASE; and JAMES KNELL are granted an extension of time to and including October 15, 2005 to answer or otherwise respond to plaintiffs' complaint;

2.    In the event defendants CAPSTONE, MORNING, CHASE; and JAMES KNELL, file a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion;

3.    Defendants further stipulate that they will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendants' responsive pleading is due hereunder.

///
///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

DATED: September 15, 2005        THOMAS E. FRANKOVICH,
                                 *A PROFESSIONAL LAW CORPORATION*



                                 By: _____/s/_____
                                     Kristina M. Wertz
                                 Attorneys for Plaintiffs JAREK MOLSKI, and
                                 DISABILITY RIGHTS ENFORCEMENT,
                                 EDUCATION SERVICES: HELPING YOU HELP
                                 OTHERS

DATED: September 13, 2005        LOMBARDO & GILLES
                                 *A PROFESSIONAL LAW CORPORATION*



                                 By:_____/s/_____
                                     James W. Sullivan
                                 Attorneys for Defendants CAPSTONE,
                                 MORNING, CHASE; and JAMES KNELL, an
                                 individual

## **ORDER**

    Defendants CAPSTONE, MORNING, CHASE; and JAMES KNELL, an individual, are granted an extension of time up to and including October 15, 2005 to answer or otherwise respond to plaintiffs' complaint.

    IT IS SO ORDERED.


DATED:_September 15, 2005        By:__/s/ Richard Seeborg_____
                                     Hon. Richard Seeborg
                                     UNITED STATES MAGISTRATE JUDGE