*E-FILED*
**October 7, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, et al., | No. C 04-04713 RS |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| LUGANO SWISS BISTRO, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the court, the Case Management Conference in the above-entitled matter currently set for October 26, 2005 at 2:30 p.m. is continued to **November 16, 2005 at 2:30 p.m.** All defendants shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than November 9, 2005.  The parties shall file a joint Case Management Conference Statement no later than November 9, 2005.

IT IS FURTHER ORDERED that Counsel for Plaintiff shall immediately serve a copy of this Order on all parties to this action and on any parties subsequently joined in accordance with Fed.R.Civ.P. 4 and 5 and Civil L.R.16-2(a).

Dated:  October 7, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Kristina M. Wertz, Esq.
Email: kwertz@disabilitieslaw.com

Dated:  October 7, 2005

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg