1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JESSICA A. DAYTON (State Bar No. 231698)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900

*E-FILED 11/10/05*

5
6  Attorneys for Plaintiffs
   JAREK MOLSKI
7  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
8  SERVICES: HELPING YOU
   HELP OTHERS

9
10
11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA

13  JAREK MOLSKI, an individual; and           )   CASE NO.  C04-4713 RS
    DISABILITY RIGHTS ENFORCEMENT,             )
14  EDUCATION, SERVICES: HELPING               )   STIPULATION AND [PROPOSED]
    YOU HELP OTHERS, a California public       )   ORDER FOR LEAVE TO FILE A SECOND
15  benefit corporation,                       )   AMENDED COMPLAINT
                                               )
16         Plaintiffs,                         )
                                               )
17  v.                                         )
                                               )
18  LUGANO SWISS BISTRO; ANDRE                 )
    LENGACHER and NARGIS DIN                   )
19  LENGACHER, dba LUGANO SWISS                )
    BISTRO, CAPSTONE, MORNING,                 )
20  CHASE; and JAMES KNELL, an                 )
    individual,                                )
21                                             )
           Defendants.                         )
22  _____)

23         Plaintiffs JAREK MOLSKI, an individual; and DISABILITY RIGHTS

24  ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California

25  public benefit corporation, through their undersigned counsel, defendants CAPSTONE,

26  MORNINGSIDE CHASE, erroneously sued as CAPSTONE MORNING CHASE and JAMES

27  KNELL, an individual, through their undersigned counsel, and defendants Andre Langacher and

28

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT            1

Nargis Din Lengasher, dba LUGANO SWISS BISTRO, stipulate to file a second amended complaint for the following reasons:

1. Plaintiffs amended the complaint on July 19, 2005 to name CAPSTONE, MORNING, CHASE and JAMES KNELL, an individual, whom they believed to be the current owners of the subject property.

2. Neither CAPSTONE, MORNING CHASE nor JAMES KNELL owned or operated the subject property during the events alleged in the Complaint;

3. Plaintiffs have since been informed that the property was sold on July 26, 2005 and the new and current owner is SIMA BARNYARD L.L.C.

4. Plaintiffs will dismiss CAPSTONE MORNING CHASE and JAMES KNELL from this action with prejudice, and each party bearings its respective costs and attorneys fees; and

5. Plaintiffs now seek to amend the complaint a second time to name SIMA BARNYARD L.L.C. as a proper defendant to this action.

IT IS HEREBY STIPULATED THAT:

For the aforementioned reasons, leave be granted to amend the Complaint a second time to name SIMA BARNYARD L.L.C.

IT IS SO STIPULATED.

DATED:   October 18, 2005         THOMAS E. FRANKOVICH,
                                  *A PROFESSIONAL LAW CORPORATION*


                                  By:   /s/
                                        Jessica A. Dayton
                                  Attorneys for Plaintiffs JAREK MOLSKI, and
                                  DISABILITY RIGHTS ENFORCEMENT,
                                  EDUCATION SERVICES: HELPING YOU HELP
                                  OTHERS

| | | |
|---|---|---|
| 1 | DATED: October 17, 2005 | LOMBARDO & GILLES |
| 2 | | *A PROFESSIONAL LAW CORPORATION* |

By:     /s/
    James W. Sullivan
Attorneys for Defendants CAPSTONE, MORNING, CHASE; and JAMES KNELL, an individual

DATED: November 8, 2005      PRO PER

By:     /s/
    Defendant ANDRE LENGACHER

DATED: November 8, 2005      PRO PER

By:     /s/
    Defendant NARGIS DĪN LENGACHER

## **ORDER**

Plaintiffs are hereby granted leave to amend the Complaint a second time to name defendant SIMA BARNYARD L.L.C.

IT IS SO ORDERED.

DATED: November 10, 2005      By: /s/ Richard Seeborg
    Hon. Richard Seeborg
    UNITED STATES MAGISTRATE JUDGE