**\*E-FILED\***
**August 7, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAREK MOLSKI, et al., | No. C 04-04713 RS |
| Plaintiffs, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| LUGANO SWISS BISTRO, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 27, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 4, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: August 7, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Jessica Dayton, Esq.
Email: jdayton@disabilitieslaw.com

**Counsel for Defendant(s)**

James W. Sullivan, Esq.
Email: jim@lomgil.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: August 7, 2006

　　　　　　　　　　　　　　　　  /s/ BAK
　　　　　　　　　　　　　　　 Chambers of Magistrate Judge Richard Seeborg