| | |
|---|---|
| THOMAS E. FRANKOVICH (State Bar No. 074414)<br>JULIA M. ADAMS (State Bar No. 230795)<br>THOMAS E. FRANKOVICH,<br>*A Professional Law Corporation*<br>2806 Van Ness Avenue<br>San Francisco, CA 94109<br>Telephone:    415/674-8600<br>Facsimile:    415/674-9900<br><br>Attorneys for Plaintiffs<br>JAREK MOLSKI<br>and DISABILITY RIGHTS<br>ENFORCEMENT, EDUCATION,<br>SERVICES: HELPING YOU<br>HELP OTHERS | *E-FILED 10/2/06* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and<br>DISABILITY RIGHTS ENFORCEMENT,<br>EDUCATION, SERVICES: HELPING<br>YOU HELP OTHERS, a California public<br>benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>LUGANO SWISS BISTRO; ANDRE<br>LENGACHER; NARGIS DIN<br>LENGACHER, dba LUGANO SWISS<br>BISTRO; and SIMA BARNYARD L.L.C.,<br><br>    Defendants. | **CASE NO.  C04-4713 RS**<br><br>**STIPULATION OF DISMISSAL AND<br>[PROPOSED] ORDER THEREON** |

Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES, by and through their counsel, and defendant SIMA BARNYARD L.L.C., by and through their counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: September 20, 2006        THOMAS E. FRANKOVICH
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By:_____/s/_____
                                        Julia M. Adams
                                 Attorneys for JAREK MOLSKI and
                                 DISABILITY RIGHTS ENFORCEMENT,
                                 EDUCATION SERVICES:HELPING YOU HELP
                                 OTHERS

Dated: September 20, 2006        LOMBARDO & GILLES

                                 By: ____/s/_____
                                        James W. Sullivan
                                 Attorneys for Defendant SIMA BARNYARD
                                 L.L.C.

**ORDER**

IT IS SO ORDERED.

Dated: __October 2__, 2006

_____
Hon. Richard Seeborg
UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                    -2-